CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 12 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 7:15cr00014 |
| | : | |
| v. | : | **INFORMATION** |
| | : | |
| JOHN M. PRUITT | : | Violation: 18 U.S.C. § 1030 |

The United States Attorney charges that at all times material to this Information:

## COUNT ONE
(Unauthorized Access of a Protected Computer)

1. On or about October 2, 2013, within the Western District of Virginia, and elsewhere, the defendant, JOHN M. PRUITT, intentionally accessed and exceeded authorized access to a computer, namely the email server of his former employer, Victim One," and thereby obtained information in various Victim One employees' email accounts, from a protected computer.

2. All in violation of 18 U.S.C. Section 1030(a)(2)(C) and (c)(2)(A).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the offenses alleged in this Indictment, violations of 18 U.S.C. §§ 1344, 1029, and/or a conspiracy to violate said violations, the defendants shall forfeit to the United States:

1

a. Any personal property used or intended to be used to commit or to facilitate the commission of any violation of this section, or a conspiracy to violate this section, pursuant to 18 U.S.C. § 1030(j)(1).

b. Any property, real or personal, which constitutes or is derived from proceeds traceable to any violation of this section, or a conspiracy to violate this section, pursuant to 18 U.S.C. § 1030(j)(2).

2. The property to be forfeited to the United States **includes but is not limited to** the following property:

a. HP ProBook 4530s, serial number CNU22824YQ; and
b. Asus tablet, serial number C70KAS044548, with power adapter.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

Date: 3-12-15

_____
ANTHONY P. GIORNO
Acting United States Attorney

2